CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 1 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES J. SMITH,<br>    Plaintiff, | Civil Action No. 7:10-cv-00263 |
| v. | **ORDER** |
| W. DAVIS, *et al.*,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that the defendants' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED** as to (1) Smith's Eighth Amendment excessive force claims against Davis and (2) Smith's assault and battery claims against Davis in his individual capacities. The defendants' motion for summary judgment is **GRANTED** as to all of Smith's other claims. The Clerk is **DIRECTED** to **TERMINATE** defendants McCowan, McCoy, Tate, Large, Ingle, Ray, Garman, and Trapp as defendants to this action. Therefore, the only remaining defendant to this action is Davis.

The Clerk is **DIRECTED** to set this matter for trial in the Big Stone Gap Division before a seven-member jury.

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to Smith and counsel of record for defendants.

**ENTER:** September 1, 2011

_____
United States District Judge